SAMUEL LEVY, as Receiver of 170 Broadway, Borough of Manhattan, Respondent, *v.* ISAAC FORMA et al., Appellants.

Submitted May 19, 1947; decided May 20, 1947.

*Abraham Harris* for motion.

*Samuel Levy,* in person, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed. Stay continued.